# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        **v.**

**THOMAS JAY CAMPBELL,**

        **Defendants.**

**Case No.  CR04-5231FDB**

**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION**

**THIS MATTER** comes on for an initial hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appears through Assistant United States Attorney, Kurt Hermanns.

The defendant appears personally and represented by counsel, Linda Sullivan.

The U.S. Probation Office has filed a petition alleging violation of the terms and conditions of supervision by using marijuana on or before August 15, 2005. The defendant has been advised of the allegation; the defendant has been advised of his right to a hearing and the maximum consequences if found to have been in violation; and the defendant having freely and voluntarily acknowledged the alleged violations.

**NOW THEREFORE,** the court finds the defendant has violated the conditions of his supervision and schedules a disposition hearing to be held at the time and date below set forth before Judge Franklin D. Burgess:

      *Date of hearing: August 31, 2005*

      *Time of hearing: 10:00am*

**IT IS ORDERED** that the defendant:

(X)    Be released on an appearance bond, subject to the terms and conditions set forth thereon. Probation will coordinate the defendant's release with the US Marshals.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

                **August 15, 2005.**

                        **_s/ Karen L. Strombom_**
                        **Karen L. Strombom, U.S. Magistrate Judge**

ORDER
Page - 1